FORM CACB van160–od13h
Rev. 06/2017

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
## [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Jacqueline E. Nix

**BANKRUPTCY NO.** 2:17–bk–24180–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–9961
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 2/11/19

**Address:**
24107 Cross Street
Newhall, CA 91321

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: February 11, 2019

BY THE COURT,

**Vincent P. Zurzolo**
United States Bankruptcy Judge